# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 65 WAL 2015

Respondent

v.

KARL K. KALKBRENNER,

Petitioner

: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.